ACCEPTED
05-23-00738-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
2/16/2024 3:33 PM
RUBEN MORIN
CLERK

No. 05-23-00738-CV

IN THE COURT OF APPEALS FIFTH DISTRICT OF TEXAS
AT DALLAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
2/16/2024 3:33:11 PM
Ruben Morin
Clerk

STEWART PHILLIP MCCRAY,
*Appellant*
V.
NIKKI SLAUGHTER MCCRAY,
*Appellee*

On Appeal from the 255th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-09-02559

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
APPELLEE NIKKI MCCRAY'S BRIEF**

**Goranson Bain Ausley, PLLC**
**Clint Westhoff**
State Bar No. 24013733
7160 N. Dallas Parkway, Suite 650
Plano, Texas 75024
Telephone: (214) 473-9696
Facsimile: (469) 467-8059
Email: cwesthoff@gbafamilylaw.com

**COUNSEL FOR APPELLEE
NIKKI SLAUGHTER MCCRAY**

-1-

**TO THE HONORABLE FIFTH COURT OF APPEALS:**

Appellee in the above-referenced matter, Nikki McCray, hereby files this *Unopposed Motion to Extend Time to File Appellee's Brief.* In further support of this motion, Appellee asserts the following:

1.  Appellee moves the Court for an order granting an additional thirty days (30) in which Appellee can file her brief.

2.  No prior requests for extension to file Appellee's Brief has been requested or granted in this appeal.

3.  Appellee's Brief is currently due on February 21, 2024. The extension, if granted, would require the Brief to be filed on March 22, 2024.

4.  This motion is not for delay only, but so substantial justice may be achieved.

5.  Appellee's counsel has conferred with Appellant's counsel, and with the Receiver's counsel, who have both indicated that they do not oppose this Motion to Extend Time to File Appellee's Brief.

6.  In addition, counsel has a trial set in the 256th District Court on February 21, 2024, hearings on February 26th and 28th, and

was in trial in Bexar County on January 29, 2024, through February 1, 2024, which impacted the ability to respond to the Appellant's brief prior to the current deadline.

Appellee respectfully prays that the court grant this Motion and extend the February 21, 2024, deadline for filing her Brief for thirty (30) days, making the new deadline March 22, 2024.

Respectfully submitted,

Goranson Bain Ausley, PLLC

By: _____
Clint Westhoff
State Bar No. 24013733
7160 N. Dallas Parkway, Suite 650
Plano, Texas 75024
Telephone: (214) 473-9696
Facsimile: (469) 467-8059
Email: cwesthoff@gbafamilylaw.com

**COUNSEL FOR APPELLEE**

## VERIFICATION

I, Clint Westhoff, here verify that the information contained in paragraphs 1, 2, 3, 4, 5, 6 above are within my personal knowledge and are true and correct.

_____
Clint Westhoff

## CERTIFICATE OF CONFERENCE

I, Clint Westhoff, here certify that, I conferred with the Appellant's Attorney indicated that he did not oppose Appellee's request for extension of time to file Appellee's Brief.

_____
Clint Westhoff

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above was served on the following in accordance with the Texas Rules of Appellate Procedure on February 16, 2024:

Robert B. Gilsbreath                                   *Electronic Filing System*
State Bar No. 07904620
Hawkins Parnell & Young LLP
6301 Gaston Avenue, Suite 1225
Dallas, Texas 75214
Phone: (214) 780-5114
Email: rgilbreath@hptylaw.com
Counsel for Appellant


Charles Baruch                                         *Electronic Filing System*
Johnston Tobey Baruch, P.C.
12377 Merit Drive, Suite 880
Dallas, Texas 75251
Phone: (214) 741-6260
Email: chad@jtlaw.com
Counsel for Receiver


_____
Clint Westhoff

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Connor Westhoff on behalf of Clint Westhoff
Bar No. 24013733
connor@gbafamilylaw.com
Envelope ID: 84616347
Filing Code Description: Motion
Filing Description: Motion for Extension
Status as of 2/16/2024 3:39 PM CST

Associated Case Party: NikkiSlaughterMcCray

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Clint Westhoff | | cwesthoff@gbafamilylaw.com | 2/16/2024 3:33:11 PM | SENT |
| Connor Westhoff | | connor@gbafamilylaw.com | 2/16/2024 3:33:11 PM | SENT |

Associated Case Party: Howard Spector

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Chad Baruch | | chad@jtlaw.com | 2/16/2024 3:33:11 PM | SENT |
| Jacqueline Jaramillo | | jacqueline@jtlaw.com | 2/16/2024 3:33:11 PM | SENT |

Associated Case Party: StewartPhillip McCray

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Michael Gaubert | | michael@gaubertlawgroup.com | 2/16/2024 3:33:11 PM | SENT |
| Robert Gilbreath | | rgilbreath@hpylaw.com | 2/16/2024 3:33:11 PM | SENT |